**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6901

ANTHONY DACRE,

Plaintiff - Appellant,

versus

DOCTOR CLEMITS; MS. COLEMAN, Medical Director
at Geo Inc. Private Entity for VA D.O.C.;
MAJOR REYNOLDS; EMPLOYEES OF VIRGINIA
DEPARTMENT OF CORRECTIONS; EMPLOYEES OF PRISON
HEALTH SERVICES,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (1:07-cv-00166-JCC)

Submitted: November 14, 2007      Decided: December 3, 2007

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Dacre, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Dacre appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Dacre v. Clemits</u>, No. 1:07-cv-00166-JCC (E.D. Va. May 18, 2007). Additionally, we deny Dacre's motions for appointment of counsel and for injunctive relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>